ORIGINAL

RECEIVED
2010 APR -P 2: 47

LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiff
INCREDIBLE ADVENTURES, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INCREDIBLE ADVENTURES, INC., a corporation,

Plaintiff,

v.

VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, an individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,

Defendants.

No. CV 10 1389 JSW

IN ADMIRALTY

[PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

[F.R.C.P. Supp. Admiralty Rule B]

WHEREAS, on April 1, 2010, Plaintiff Incredible Adventures, Inc. ("IA" or "Plaintiff") by and through its counsel of record filed a Verified Complaint in the Northern District of California, seeking attachment of all tangible and intangible property in whatever form within this District, including an such property held by any garnishee, which belong to defendants VINCENT BACKEN, JOANNE KEUNE aka JOANNE KEUNE BACKEN, and/or WHITE

HOLLY EXPEDITIONS, LLC ("Defendants") or are due and owing to Defendants, including, but not limited to:

    A.    Vincent Backen's accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965, including, but not limited to, funds held in account number 8429580070.

    B.    Joanne Keune aka Joanne Keune Backen's accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

    C.    Vincent Backen and Joanne Keune aka Joanne Keune Backen joint accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

    D.    White Holly Expeditions, LLC's funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

in the amount of $150,000 pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command the United States Marshal or other designated process server to attach any and all of the Defendants' property within the District of this Court; and

WHEREAS, the Court has reviewed the Declaration of Mark K. de Langis filed concurrently herewith and finds that the conditions for a maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and asset Forfeiture Actions appear to exist as of the 1st day of April, 2010, by the United States District Court for the Northern District of California., it is hereby

1  ORDERED, that the Clerk shall issue Process of Maritime Attachment and Garnishment
2  against all tangible or intangible property belonging to, or claimed by, or being held for the
3  Defendants by any garnishee within this District, including, but not limited to:
4     A. Vincent Backen's accounts, funds, deposits, or other monies held by Wells Fargo
5        Bank, 715 Bridgeway Street, Sausalito, California, 94965, including, but not limited
6        to, funds held in account number 8429580070.
7     B. Joanne Keune aka Joanne Keune Backen's accounts, funds, deposits, or other
8        monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California,
9        94965.
10    C. Vincent Backen and Joanne Keune aka Joanne Keune Backen joint accounts, funds,
11       deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street,
12       Sausalito, California, 94965.
13    E. White Holly Expeditions, LLC's funds, deposits, or other monies held by Wells
14       Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

up to the amount prayed for in the Complaint pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and it is further

ORDERED, that the Plaintiff notify the Defendants that an attachment against them has commenced which they are required to defend; and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to this Court's Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the maritime attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED, that supplemental process specifying other or additional garnishees enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

[PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
3

1   ORDERED, that following the initial service by the United States Marshal or other
2   designated process server upon each garnishee, supplemental service of the Process of Maritime
3   Attachment and Garnishment, as well as this Court's Order, may be made by way of facsimile
4   transmission or email; and it is further

5   ORDERED, that service on any garnishee as described above is deemed continuous
6   throughout the day, from the time of such service through the opening of the garnishee's
7   business the next business day; and it is further

8   ORDERED, that pursuant to the Federal Rules of Civil Procedure Rule 5(b)(2)(F), each
9   garnishee may consent, in writing, to accept service by any other means; and it is further

10  ORDERED, that a copy of this Order be attached to and served with each Process of
11  Maritime Attachment and Garnishment issues by the Clerk.

14  DATED: ~~April~~ May 27, 2010          _____Jeffrey S White_____
                                            UNITED STATES DISTRICT JUDGE

20  Presented by:
21  LUCAS VALLEY LAW

23  _____
24  Mark K. de Langis
    Attorneys for Plaintiff
25  INCREDIBLE ADVENTURES, INC.

[~~PROPOSED~~] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
4