ORIGINAL

LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiff
INCREDIBLE ADVENTURES, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INCREDIBLE ADVENTURES, INC., a corporation,

        Plaintiff,

    v.

VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, an individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,

        Defendants.

No. CV-10 1389

IN ADMIRALTY

**ORDER TO US MARSHALL REGARDING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

[F.R.C.P. Supp. Admiralty Rule B]

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE UNITED STATES MARSHALL FOR THE NORTHERN DISTRICT OF CALIFORNIA OR ANY SPECIAL PROCESS SERVER APPOINTED HEREIN:

WHEREAS, on April 1, 2010, Plaintiff Incredible Adventures, Inc. ("IA" or "Plaintiff") by and through its counsel of record filed a Verified Complaint in the Northern District of

1  California, entitled *Incredible Adventures, Inc. v. Vincent Backen, Joanne Keune aka Joanne
2  Keune Backen, and White Holly Expeditions, LLC,* for breach of a maritime contract and failure
3  to pay or otherwise secure claims and damages due and owing to said Plaintiff in the amount of
4  $150,000 and praying for Process of Maritime Attachment and Garnishment against the said
5  Defendants, and
6      WHEREAS, this process is issued pursuant to such prayer and requires that each
7  garnishee shall serve its answer within twenty (20) days after service of process upon it and
8  requires that Defendants shall serve their answers within thirty (30) days after process has been
9  executed whether by attachment of property or service on the garnishee.
10     NOW THEREFORE, we do hereby command you to attach goods and chattels to the
11 amount sued for; and if such property cannot be found that you attach credits and effects to the
12 amount sued for; in the hands of the garnishees in this District including, but not limited to:
13     A.    Vincent Backen's accounts, funds, deposits, or other monies held by Wells
14           Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965, including,
15           but not limited to, funds held in account number 8429580070.
16     B.    Joanne Keune aka Joanne Keune Backen's accounts, funds, deposits, or
17           other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito,
18           California, 94965.
19     C.    Vincent Backen and Joanne Keune aka Joanne Keune Backen joint
20           accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715
21           Bridgeway Street, Sausalito, California, 94965.
22     D.    White Holly Expeditions, LLC's funds, deposits, or other monies held by
23           Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.
24
25 in the amount of $150,000 and/or any other such property in whatever form belonging to the
26 Defendants in this District and to hold such property in your custody or substitute custodian's

1 | custody as the Court may further order.

2

3 |     WITNESS, the Honorable __Jeffrey S. White__, Judge of said Court, this

4 | 27th day of ~~April~~ May, 2010.

5

6 |                                 **RICHARD W. WIEKING**

7 |                                         CLERK

8

9

10

11 |                     By: __HILARY JACKSON__
                                     DEPUTY CLERK

12

13

14

15

16

17

18

19

20 | Presented by:

21 | LUCAS VALLEY LAW

22

23 |    Mark K. de Langis
   Attorneys for Plaintiff

24 | INCREDIBLE ADVENTURES, INC.

25

26