ORIGINAL

RECEIVED
2010 APR -1 P 2:47

LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiff
INCREDIBLE ADVENTURES, INC.

E-filing

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE ADVENTURES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, an individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,<br><br>Defendants. | CV 10 1389<br>No.<br><br>**IN ADMIRALTY**<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>[F.R.C.P. Supp. Admiralty Rule B] |

TO THE UNITED STATES MARSHALL FOR THE NORTHERN DISTRICT OF CALIFORNIA OR ANY SPECIAL PROCESS SERVER APPOINTED HEREIN:

WHEREAS, on April 1, 2010, Plaintiff Incredible Adventures, Inc. ("IA" or "Plaintiff") by and through its counsel of record filed a Verified Complaint in the Northern District of

California seeking attachment of all tangible or intangible property in whatever form, including any such property held by any garnishee, which is owned by the defendants, or due and owing to defendants, including but not limited to:

A. Vincent Backen's accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965, including, but not limited to, funds held in account number 8429580070.

B. Joanne Keune aka Joanne Keune Backen's accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

C. Vincent Backen and Joanne Keune aka Joanne Keune Backen joint accounts, funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

D. White Holly Expeditions, LLC's funds, deposits, or other monies held by Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California, 94965.

in the amount of $150,000 pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions; and

WHEREAS, this Court, after due consideration of the Verified Complaint and in accordance with Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions has signed an Order for Issuance of a Process of Maritime Attachment and Garnishment for all property and chattels belonging to the defendants within this jurisdiction.

YOU ARE HEREBY COMMANDED to attach the defendants' property and chattels in said District, to the amount sued for.

YOU ARE FURTHER COMMANDED to detain the same in your custody and to transfer custody of them to the substitute custodian as appointed by this Court and to release the property and chattels as the Court may direct upon further Order.

YOU ARE FURTHER COMMANDED to notify the Defendants that the Plaintiff has commenced an attachment against them which they are required to defend.

Amount of Plaintiff's claim: $150,000.

DATED: ~~April~~ July ___, 2010

By: HILARY JACKSON
Deputy Clerk

Presented by:

LUCAS VALLEY LAW

Mark K. de Langis
Attorneys for Plaintiff
INCREDIBLE ADVENTURES, INC.