JOHN F. MEADOWS, State Bar No. 023050
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
333 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 781-7050

Attorneys for Defendant
VINCENT BACKEN, ET AL.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE ADVENTURES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, and individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,<br><br>Defendants. | No. CV 10 1389 JSW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT, GRANTING TIME TO MOVE TO QUASH ATTACHMENT HEREIN AND STAYING FURTHER PROCEEDINGS** |

WHEREAS the named Defendants herein, being VINCENT BACKEN, JOANNE KEUNE BACKEN and WHITE HOLLY EXPEDITIONS, LLC, have agreed, through their counsel John Meadows, with Plaintiff INCREDIBLE ADVENTURES, INC., through its counsel, Mark K. de Langis, to appear in the within action generally but need additional time in which to file said pleading because the attorney for the Defendants, John Meadows, is undergoing a surgical procedure on his heart on Wednesday, 28 July, 2010, at California Pacific Medical Center in San Francisco and will be hospitalized for at least 24 hours thereafter. He will then be required to rest at home for the remainder of the week, and

WHEREAS the sum of $150,000 belonging to Defendant WHITE H0LLY EXPEDITIONS, LLC, which is on deposit with Wells Fargo Bank, 715 Bridgeway Street, Sausalito, California 94965, has

- 1 -
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT, GRANTING TIME TO MOVE TO QUASH ATTACHMENT HEREIN AND STAYING FURTHER PROCEEDINGS

been subjected by Plaintiff to a writ of maritime attachment under Rule B, Supplemental Rules for Admiralty or Maritime Claims, FRCivP, and Defendants anticipate making a motion to quash said attachment on what Defendants contend are good and sufficient grounds, including failure to give notice of said attachment to Defendants, Vincent Backen and WHITE HOLLY EXPEDITIONS, LLC, owners of said bank account, which motion Plaintiff intends to oppose, and

WHEREAS Defendants are informed and believe that Wells Fargo Bank intends to transfer the attached funds directly to Plaintiff on July 29, 2010, despite Defendants' contention, expressed to said bank by Defendant Vincent Backen and his attorney herein, that there is no authority from the Court to do so and there is not even a judgment against Defendants, now therefore

IT IS HEREBY STIPULATED by and between the attorneys for Plaintiff and Defendants that all proceedings in the within case, including enforcement of the writ of maritime attachment referred to above, shall be stayed until such time as Defendants' motion to quash is heard by this Court and that Defendants shall have till August 13, 2010, in which to file an Answer or other responsive pleading to the Complaint herein, and have until August 20, 2010, in which to file the motion to quash or otherwise move against the writ of maritime attachment obtained by Plaintiff, and

IT IS FURTHER ORDERED that a copy of the within Stipulation and Order be forwarded by the attorneys for the parties herein to Wells Fargo Bank at the above address forthwith.

Dated: July 26, 2010

Mark K. de Langis
Lucas Valley Law

/s/ Mark K. de Langis

Attorneys for Plaintiff

Dated: July 26, 2010

John F. Meadows
Hoagland Longo Moran Dunst & Doukas

Attorneys for Defendants

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

333 Pine Street
Fifth Floor
San Francisco, CA

- 2 -
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT, GRANTING TIME TO MOVE TO QUASH ATTACHMENT HEREIN AND STAYING FURTHER PROCEEDINGS

**ORDER**

IT IS SO ORDERED this __27th__ day of July, 2010.

*/s/ Jeffrey S. White*

The Honorable Jeffrey S. White
United States District Judge
Northern District of California

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

333 Pine Street
Fifth Floor
San Francisco, CA