```
 1  LUCAS VALLEY LAW
    MARK K. de LANGIS (SBN 190083)
 2  2110 Elderberry Lane
    San Rafael, California  94903
 3  Telephone:  (415) 472-3892
    Facsimile:   (415) 472-3977
 4  mdelangis@lucasvalleylaw.com

 5  Attorney for Plaintiff
    INCREDIBLE ADVENTURES, INC.
 6

 7
                        UNITED STATES DISTRICT COURT
 8
                      NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  INCREDIBLE ADVENTURES, INC., a         No.  CV 10 – 1389 JSW
    corporation,
12
                                           IN ADMIRALTY
13       Plaintiff,
                                           STIPULATION TO WAIVE
14  v.                                     REQUIREMENTS OF ADMIRALTY
                                           LOCAL RULE 4-8 REQUIRING
15                                         HEARING WITHIN 3 DAYS OF
    VINCENT BACKEN, an individual; JOANNE  FRCP CIV. SUPP. RULE  E(4)(f)
16  KEUNE aka JOANNE KEUNE BACKEN, an      MOTION TO VACATE AND SET
    individual; and WHITE HOLLY            HEARING ON SEPTEMBER 10, 2010
17  EXPEDITIONS, LLC, a limited liability  AND ORDER THEREON AS MODIFIED
    company,
18
         Defendants.                       The Hon. Jeffrey S. White
19
    _____
20

21

22

23

24

25

26
```

STIPULATION TO WAIVE ADMIRALTY L.R. 4-8 TIME REQUIREMENTS AND ORDER (C-10-1389 JSW)

| | |
|---|---|
| 1 | WHEREAS the named Defendants herein, being VINCENT BACKEN, JOANNE |
| 2 | KEUNE BACKEN and WHITE HOLLY EXPEDITIONS, LLC, have through their counsel |
| 3 | John Meadows and Leopoldo Chanco, brought a motion to vacate the FRCP Supplemental |
| 4 | Admiralty Rule B attachment instituted by Plaintiff INCREDIBLE ADVENTURES, INC., |
| 5 | through its counsel, Mark K. de Langis; |
| 6 | WHEREAS Defendants having set the date for hearing on the motion to quash for |
| 7 | October 1, 2010, at 9:00 a.m. in the above captioned court; |
| 8 | WHEREAS, the Court has notified Plaintiff's counsel that pursuant to Admiralty Local |
| 9 | Rule 4-8, the matter will not be heard on October 1, 2010, but rather a hearing on the motion to |
| 10 | quash is to be "conducted upon 3 court days written notice to plaintiff, unless otherwise |
| 11 | ordered;" |
| 12 | WHEREAS, the parties have agreed to waive the requirements of Admiralty Local Rule |
| 13 | 4-8, and request that the court set the hearing on Defendant's Motion to Quash for Friday, |
| 14 | September 10, 2010 at 9:00 a.m., with Plaintiff's Opposition to the Motion to Quash to be filed |
| 15 | and served no later than September 3, 2010; and any Reply by Defendants to be filed and served |
| 16 | no later than September 7, 2010; |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |

1  IT IS HEREBY STIPULATED by and between the attorneys for Plaintiff and Defendants
2  that the parties waive the requirements of Admiralty Local Rule 4-8, requiring a hearing on a
3  motion to quash an admiralty attachment to be conducted within 3 days of written notice, and
4  that such hearing be set for Friday, September 10, 2010 at 9:00 a.m., with Plaintiff's Opposition
5  to the Motion to Quash to be filed and served no later than ~~September 3, 2010~~ August 30, 2010; and any Reply by
6  Defendants to be filed and served no later than ~~September 7, 2010~~. September 3, 2010.

7  DATED: August 24, 2010

                                              LUCAS VALLEY LAW

                            By: _____/s/_____
                                    Mark K. de Langis
                                    Attorneys for Plaintiff
                                    INCREDIBLE ADVENTURES, INC.

14 DATED: August 24, 2010    HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

                            By: _____/s/_____
                                    Leopoldo J. Chanco
                                    Attorneys for Defendants
                                    VINCENT BACKEN, et al.

                    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 25, 2010      _____/s/ Jeffrey S. White_____
                                    UNITED STATES DISTRICT JUDGE