LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiff
INCREDIBLE ADVENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE ADVENTURES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, an individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,<br><br>Defendants. | No. CV 10-1389<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER VACATING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>[F.R.C.P. Supp. Admiralty Rule B] |

WHEREAS, on April 1, 2010, Plaintiff Incredible Adventures, Inc. ("IA" or "Plaintiff") by and through its counsel of record filed a Verified Complaint in the Northern District of California, seeking attachment of all tangible and intangible property in whatever form within this District, including an such property held by any garnishee, which belonged to defendants VINCENT BACKEN, JOANNE KEUNE aka JOANNE KEUNE BACKEN, and/or WHITE

ORDER VACATING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

1  HOLLY EXPEDITIONS, LLC ("Defendants");

2  WHEREAS one or more of Defendants' bank accounts, located at Wells Fargo Bank's

3  Sausalito Branch were attached in the amount of $150,000 pursuant to Rule B of the

4  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

5  WHEREAS the parties have settled the underlying lawsuit and as such, there is no longer

6  the need for the Rule B attachment and garnishment; THEREFORE

7

8  **IT IS HEREBY ORDERED** that Process of Maritime Attachment and Garnishment

9  served and effected upon Wells Fargo Bank, is hereby **VACATED**.

10

11

12  **IT IS SO ORDERED.**

13

14  DATED:  _September 28___, 2010

15                                               By: _/s/ Jeffrey S. White_
                                                      UNITED STATES DISTRICT JUDGE

16

17

18  Presented by:

19  LUCAS VALLEY LAW

20

21  __/s/ Mark K. de Langis_____
        Mark K. de Langis
22      Attorneys for Plaintiff
        INCREDIBLE ADVENTURES, INC.
23

24

25

26