| | |
|---|---|
| 1 | LUCAS VALLEY LAW<br>MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane<br>San Rafael, California  94903 |
| 3 | Telephone:  (415) 472-3892<br>Facsimile:   (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorneys for Plaintiff<br>INCREDIBLE ADVENTURES, INC. |
| 6 | |
| 7 | HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP<br>JOHN F. MEADOWS (SBN 023050) |
| 8 | jmeadows@hoaglandlongo.com<br>LEOPOLDO J. CHANCO (SBN 136083) |
| 9 | lchanco@hoaglandlongo.com<br>333 Pine Street |
| 10 | San Francisco, CA  94104<br>Telephone:  (415) 781-7050 |
| 11 | |
| 12 | Attorneys for Defendants<br>VINCENT BACKEN, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE ADVENTURES, INC., a corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>VINCENT BACKEN, an individual; JOANNE KEUNE aka JOANNE KEUNE BACKEN, an individual; and WHITE HOLLY EXPEDITIONS, LLC, a limited liability company,<br><br>      Defendants. | No.   CV 10–1389 JSW<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT; [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>The Hon. Jeffrey S. White |

1  TO THE COURT:

2     Now comes Plaintiff Incredible Adventures, Inc. ("IA") and Defendants Vincent Backen,

3  Joanne Keune Backen, and White Holly Expeditions, LLC, (collectively "Defendants") by and

4  through their respective counsel and stipulate to the dismissal of the Complaint as follows:

5     1.    The Complaint, and all causes of action therein, as between IA and Defendants,

6  shall be dismissed in its entirety with prejudice.

7     2.    All parties are to bear their own costs and attorneys' fees.

8

9  DATED: October 14, 2010
                                          LUCAS VALLEY LAW

10

11

12                              By: /s/    Mark K. de Langis
                                          Mark K. de Langis
13                                        Attorneys for Plaintiff
                                      INCREDIBLE ADVENTURES, INC.

14

15
   DATED: October 14, 2010
16                                        HOAGLAND, LONGO, MORAN, DUNST &
                                          DOUKAS, LLP
17

18

19                              By: /s/    John F. Meadows
                                          John F. Meadows
20                                        Attorneys for Defendants
                                          VINCENT BACKEN, et al.

21

22

23

24

25

26

STIPULATION OF DISMISSAL OF COMPLAINT (C-10-1389 JSW)

2

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION** of counsel for all parties that have appeared in this action,

**IT IS SO ORDERED** that:

1. The Complaint, and all causes of action therein, as between Incredible Adventures, Inc. and Vincent Backen, Joanne Keune Backen, and White Holly Expeditions, LLC, shall be dismissed in its entirety with prejudice.

2. All parties are to bear their own costs and attorneys' fees.

Dated: October 14, 2010

_____
UNITED STATES DISTRICT JUDGE